### DUTCHER v. JACKSON.

(Court of Appeals of District of Columbia. Submitted November 9, 1920. Decided January 3, 1921.)

No. 1329.

Patents ⊙113(7)—Decision by both tribunals of Patent Office affirmed, unless clearly wrong.

Where each of the tribunals of the Patent Office decided a question of fact in an interference proceedings in favor of the same party, the decision of the Commissioner must be affirmed, unless the court, after examining the record, can say the patent tribunals were clearly wrong.

Appeal from a Decision of the Commissioner of Patents.

Interference proceeding between Frank Dutcher and George B. Jackson. From a decision of the Commissioner of Patents, awarding priority to Jackson, Dutcher appeals. Affirmed.

⊙For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

A. S. Pattison, of Washington, D. C., for appellant.
Charles H. Howson, of Philadelphia, Pa., for appellee.

SMYTH, Chief Justice. This in an interference proceeding in which priority was awarded by the Commissioner of Patents to the senior party. The invention relates to railway signal torpedoes and the controversy turns on a question of fact. Each of the tribunals of the Patent Office decided in favor of Jackson. We have examined the record and are unable to say that they were clearly wrong. In view of this, the decision of the Commissioner must be, and it is, affirmed. In re Barratt, 11 App. D. C. 177; Creveling v. Jepson, 47 App. D. C. 597; Reid et al. v. Kitselman (D. C.) 266 Fed. 255; Lindmark v. Hodgkinson, 31 App. D. C. 612.

Affirmed.